# INVOICE

**QUICK 3PL LLC**
4300 Superior Avenue
Cleveland, OH 44103

ovi@quick3pl.com
+1 (216) 533-2353
www.quick3pl.com

**Bill to**
Alkhemical Inc
Texas, USA

**Ship to**
Alkhemical Inc
Texas, USA

**Shipping info**
Ship via: Container-MaritimeRoute

**Invoice details**
Invoice no.: 1053
Terms: Due on receipt
Invoice date: 08/19/2024
Due date: 08/31/2024

| # | Date | Product or service | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|---|
| 1. | | **Ribbon Mixer Custom** | Ribbon blender, single, bottom discharge, SUS316, Ribbon agitator set SUS316, Sidewall non contact SS41 (18mm) Contact SUS316 (6mm thickness) - 14000 liters , 494 Cubic feet capacity with an internal capacity of 355-365 cubic feet . Estimated manufacturing time 65 days.<br>Scraper set -Teflon-1set<br>Dust Proof Seal-1 Set<br>Discharge Pneumatic-bottom- center-D200<br>Top lid cover with safety lock. SUS316<br>Dust top exhaust outlets x 2 sets<br>Water Line-2-sets<br>12 months warranty | 1 | $131,000.00 | $131,000.00 |
| 2. | | **Screw conveyer SC2000** | #3Rd U-Shape SC-#3HP SUS304<br><br>Driving motor reducer 3HP- Set<br><br>+VFD Speed inverter-1set<br><br>+1 Screw Agitator D6"x3000mm-(L)<br><br>+Open-close-cover-latch-easy cleaning access<br>+<br>Stand-set on castor wheels -1set<br>12 months warranty | 1 | $12,800.00 | $12,800.00 |
| 3. | | **Screw Conveyer SS316** | #2nd screw Conveyor with a :Driving motor reducer-2HP- 1set | 1 | $14,800.00 | $14,800.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | VFD speed inverter-1 set<br><br>Screw agitator-D6"x3000mm(<br>Lenght)-1set<br><br>+Open-Close top cover for easy cleaning access.SUS316<br>+Bottom access panel access- for easy cleaning.SUS316<br><br>+Additional it has a Perforated & Replaceable screen Set-1500-mm-2000mm, 1.5mm-3mm. Set<br>+ an additional Drainage ball valve-<br><br>1 Stand -Set on Caster wheels<br>*To Transfer wet mix from ribbon mixer to CP press- SUSS316<br>12 months warranty | | | |
| 4. | **Ventilation system** | #1Step-Hopper-dumping station + with #1st U shape screw conveyor SUS316.<br>+ Ventilation system above the system.<br>Blower with bag filter-1set<br>Air pulse tank-1 set<br>Motor reducer 3HP- 1 set<br>Agigator-D6"-4500mm-lenght<br>Open-Close cover with safety screen SUS316<br>12 months warranty | 1 | $18,800.00 | $18,800.00 |
| 5. | **Control Box for mixer SS41** | Main Control Box :<br>Stand Alone control box with housing ,<br>3 phase x220V, 60Hz<br>1-On-Off-Switch -for Blender +Screw conveyor+for the discharge valve.<br>Digital Volmeter-1 set<br>Digital Ammeter-for blender and screw conveyor-2 sets<br>Emergency stop buttons-2 sets<br>+VFD -1set for the screw conveyor<br>1 Central Display board-1 set<br>12 months warranty | 1 | $17,000.00 | $17,000.00 |
| 6. | **Freight on Board** | Freight on board - Includes loading and delivery to port in Taiwan. | 1 | $3,000.00 | $3,000.00 |
| 7. | **Centrifuge** | CENTRIFUGAL PUMP (SUS304#)<br>*MOTOR x 3HP<br>*PUMP BASE SEAT x 1<br>*MOVING CASTOR SET x 1 | 2 | $2,000.00 | $4,000.00 |
| 8. | **Shipping from Taiwan to Oklahoma** | Maritime routes door to door | 1 | $23,000.00 | $23,000.00 |

| | |
|---|---|
| **Total** | **$224,400.00** |
| Payment | -$100,000.00 |
| **Balance due** | **$124,400.00** |

## Ways to pay

Pay VISA DISCOVER AMEX BANK PayPal venmo

View and pay

**Overdue**

08/31/2024