ROQUEMORE SKIERSKI PLLC

Jennifer L. Culver
Associate Attorney
Roquemore Skierski PLLC
13155 Noel Rd., Suite 900
Dallas, TX 75240
972.325.6591 Ext. 106/T
972.918.3690/F
Jennifer@RoqSki.com

November 13, 2025

***Via CMRRR***
Quick 3PL LLC
Legal Department
4300 Superior Avenue
Unit B
Cleveland, Ohio 44103

***Via Email: ovi@quick3pl.com***
Ovidio Mahai Ciortan
Quick 3PL LLC Registered Agent
4100 Payne Avenue
3rd Floor
Cleveland, Ohio 44103

Re: Formal Demand for Damages
Our File No.: 111694
**Our Client:** ALKHEMICAL CE LLC
700 Hwy 32
Kingston, Oklahoma 73439

Dear Quick 3PL Representatives:

Roquemore Skierski PLLC represents Alkhemical CE LLC, the purchaser in a purchase transaction with Quick 3PL LLC, governed by the Quick 3PL LLC Invoice number 1053 ("Invoice"), dated August 19, 2024. This correspondence serves as a formal demand for payment arising from your conduct as explained below.

## Transaction

Alkhemical CE LLC entered into a purchase transaction for a custom Ribbon Mixer machine ("Mixer") from Sin Jyu Enterprise Co., Ltd. through Quick 3PL LLC (see Exhibit "A" enclosed, Quick 3PL LLC Invoice No. 1053, dated August 19, 2024). My client spoke with and communicated with Mr. Ovidio Ciortan, authorized agent of Quick 3PL LLC, multiple times about the critical specifications and intended use of the Mixer, including the requirement for a food grade design for the use of d-limonene.

R★S
ROQUEMORE SKIERSKI PLLC

Jennifer L. Culver
Associate Attorney
Roquemore Skierski PLLC
13155 Noel Rd., Suite 900
Dallas, TX 75240
972.325.6591 Ext. 106/T
972.918.3690/F
Jennifer@RoqSki.com

The Invoice states, in part:

| # | Date | Product or service | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|---|
| 1. | | Ribbon Mixer Custom | Ribbon blender, single, bottom discharge, SUS316, Ribbon agitator set SUS316, Sidewall non contact SS41 (18mm) Contact SUS316 (6mm thickness) - 14000 liters , 494 Cubic feet capacity with an internal capacity of 355-365 cubic feet . Estimated manufacturing time 65 days.<br>Scraper set -Teflon-1set<br>Dust Proof Seal-1 Set<br>Discharge Pneumatic-bottom- center-D200<br>Top lid cover with safety lock. SUS316<br>Dust top exhaust outlets x 2 sets<br>Water Line-2-sets<br>12 months warranty | 1 | $131,000.00 | $131,000.00 |

Quick 3PL LLC served as the "broker" of said purchase transaction and effectively served as an agent Sin Jyu Enterprise Co., Ltd.

## Breach of Contract

As unambiguously stated in the Invoice and as discussed on numerous occasions through telephone conversations, text and emails (July 31, 2025-Augugst 6, 2025) with Mr. Ciortan, the Mixer was to include:

(1) Ribbon blender, single, bottom discharge, SUS316 and Ribbon agitator set SUS316 (ribbon mixer);
(2) a 280V/480V power supply;
(3) all seals on the Mixer must be PTFE or Viton;
(4) Water Inlets;
(5) Teflon Scrapers; and
(6) Pumps compatible with limonene.

These items were either installed improperly, wholly missing, or made of unspecified materials (i.e., (1) paddle mixer installed instead of a ribbon mixer, (2) no Teflon scrapers or water inlets, (3) silicon/rubber seals were not PTFE/Viton and (4) pumps with non-teflon/viton seals incompatible with limonene). Your conduct constitutes a breach of contract and a violation of 12A Okl. St. §2-601.

ROQUEMORE SKIERSKI PLLC

Jennifer L. Culver
Associate Attorney
Roquemore Skierski PLLC
13155 Noel Rd., Suite 900
Dallas, TX 75240
972.325.6591 Ext. 106/T
972.918.3690/F
Jennifer@RoqSki.com

**Breach of Warranty**

Upon delivery of the Mixer, one of the screw conveyors only worked for a few hours causing my client to have to purchase a replacement. On that same day, my client notified Mr. Ciortan of these issues. Approximately one week later, Sin Jyu Enterprise Co., Ltd. sent a welder and an engineer (Quick 3PL LLC paid their Air B&B) to repair the Mixer. While taking the machine apart, these engineers dropped a piece of machine onto my client's $80,000 floor, damaging said floor. Further, the welder and engineer performed superficial grinding and sealing, causing further galvanic corrosion and rust. Additionally, the ribbon shafts (the ribbon and agitator are referred to generally as "ribbon shafts") were wholly missing and not manufactured as specified, but rather a paddle mixer, instead of a ribbon blender, was installed in the Mixer. Additionally, the failure to deliver the Mixer in its requested and promised condition constitutes a breach of warranty and violations of 12A Okl. St. §2-313, §2-314 and §2-315.

**Common Law Implied Warranty of Merchantability**

These failures rendered, and continues to render, the mixer unsuitable for use as its intended purpose and as a result, said mixer continues to operate at half capacity of its intended purpose, causing further financial loss. We believe these failures breached the implied warranty of merchantability and implied warranty of fitness for a particular purpose. The reliance on Quick 3PL LLC's recommendations and assurances have caused significant financial and operational harm to Alkhemical CE LLC. The defective conditions of the mixer became immediately apparent upon delivery, exposing Alkhemical CE LLC to avoidable risks and losses. The Mixer as delivered was not fit for its ordinary purpose and did not meet reasonable quality standards, as per the specifications. This constitutes a breach of the implied warranty of merchantability and violations of common law.

**Common Law Implied Warranty for Use for a Particular Purpose**

Again, these failures rendered, and continues to render, the Mixer unsuitable for use as its intended purpose and as a result, said Mixer continues to operate at half capacity of its intended purpose, causing further financial loss. The reliance on Quick 3PL LLC's recommendations and assurances have caused significant financial and operational harm to Alkhemical CE LLC. Mr. Ciortan was informed of and knew the specific purpose of the Mixer. Alkhemical CE LLC relied on Mr. Ciortan's skill and judgment to furnish the Mixer as to the specifications. The Mixer failed to meet its intended purpose. This constitutes a breach of the implied warranty for use for a particular purpose and violations of common law.

ROQUEMORE SKIERSKI PLLC

Jennifer L. Culver
Associate Attorney
Roquemore Skierski PLLC
13155 Noel Rd., Suite 900
Dallas, TX 75240
972.325.6591 Ext. 106/T
972.918.3690/F
Jennifer@RoqSki.com

**Negligence**

On multiple occasions, my client discussed with Mr. Ciortan the exact specifications needed for the Mixer, which are embodied in the Invoice and in multiple emails and texts. As broker (and effectively an agent of Sin Jyu Enterprise Co., Ltd), Quick 3PL LLC had a duty to convey accurate and precise specifications of the Mixer to ensure it was manufactured according to those specifications. Quick 3PL LLC breached its duty by failing to reasonable care in ordering the Mixer. Specifically, Quick 3PL LLC breached its duty in the following specifications:

(1) Ribbon blender, single, bottom discharge, SUS316 and Ribbon agitator set SUS316 (referred to as "ribbon mixer")(paddle mixer instead of ribbon mixer);
(2) a 280V/480V power supply (motor is less than 280V/480V);
(3) all seals on the Mixer must be PTFE or Viton (not PTFE/Viton);
(4) Water Inlets (missing);
(5) Teflon Scrapers (missing);
(6) Pumps compatible with limonene (not compatible); and
(7) Over 120 spots of rust on the mixer shaft and welds.

**Negligent Misrepresentation**

Despite many representations by Quick 3PL LLC, said Mixer was delivered to my client defective to such a degree that it continues to undermine my client's business. Said Mixer exhibited pervasive mechanical deficiencies, which were either concealed, entirely misrepresented or negligently disregarded by Quick 3PL LLC. Instead of acquiring a mixer for immediate use, Alkhemical CE LLC received a device requiring persistent and ongoing repairs, caused operational delays, and resulted in unplanned costs, which have caused financial harm.

The Mixer was not manufactured as required, despite multiple assurances to the contrary. The Mixer has exhibited widespread mechanical issues that compromise its reliability and functionality, including the ribbon shaft, seals and rust in over 120 places. It is now abundantly clear that the Mixer was not manufactured as specified and the Mixer was negligently manufactured. This failure constituted a serious breach and underscored the failure of Quick 3PL LLC to meet its obligations under the Invoice and applicable commercial and legal standards.

This failure of Quick 3PL LLC to exercise due care has caused my client substantial measurable harm. Quick 3PL LLC was either negligent, failed to exercise ordinary care, breach of contract, breach of warranty, made negligent misrepresentations, was negligent, violated implied warranties and/or breached its duties to my client as it relates to the purchase of the Mixer.

ROQUEMORE SKIERSKI PLLC

Jennifer L. Culver
Associate Attorney
Roquemore Skierski PLLC
13155 Noel Rd., Suite 900
Dallas, TX 75240
972.325.6591 Ext. 106/T
972.918.3690/F
Jennifer@RoqSki.com

## Damages

As a result, my client has incurred consequential damages, which are continuing, and which include:

| | | |
|---|---|---|
| 1. | Unanticipated direct repair/replacement costs: | $1,244,711 |
| 2. | Business interruption and opportunity cost: | $8,400,000+ |
| 3. | Unanticipated debt: | $400,000 |
| 4. | Legal fees and costs: | $10,000 |

## Demand for Payment

You are hereby demanded to remit the following amounts no later than thirty (30) days from receipt in certified funds to Roquemore Skierski PLLC c/o Alkhemical CE LLC, 13155 Noel Road, Ste. 900, Dallas, TX 75240.

| | | |
|---|---|---|
| 1. | Repair and Consequential Damages: | $9,644,711 |
| 2. | Unanticipated debt: | $400,000 |
| 3. | Attorneys' Fees and Costs: | $10,000 |
| | **TOTAL** | **$10,054,711** |

## Preservation of Evidence and Spoliation Warning

You are hereby notified to preserve all documents, electronic data, communications, and other evidence relating to the subject sale transaction, shipments, payments, and any communications (including but not limited to all emails, text messages and letters) with any and all ALKHEMICAL CE LLC executives, employees, owners, or agents regarding these transactions, sales, shipments, payments, and any communications with any and all SIN JYU ENTERPRISES CO., LTD. executives, representatives, brokers, employees, and or agents. Any destruction, purging, deletion, or eradication of any documents, electronic communications, or records may have severe adverse consequences for Quick 3PL LLC in any litigation regarding this matter.

## Notice of Intent to Pursue Legal Remedies

This letter serves as formal notice under 28 USCS §1332 and 28 USCS §1441, along with 12A Okl. St. §2-313, §2-314 and §2-315.

Unless payment is received within thirty (30) days of this correspondence, ALKHEMICAL CE LLC will:

R★S
ROQUEMORE SKIERSKI PLLC

Jennifer L. Culver
Associate Attorney
Roquemore Skierski PLLC
13155 Noel Rd., Suite 900
Dallas, TX 75240
972.325.6591 Ext. 106/T
972.918.3690/F
Jennifer@RoqSki.com

1. Initiate legal proceeds in Federal Court; and/or
2. Seek all available remedies, including but not limited to, consequential damages and attorneys' fees and costs.

**Preservation of Rights**

ALKHEMICAL CE LLC expressly reserves all rights and remedies under:

-Federal Law;
-Applicable State Law;
-International commercial law; and
-Any other applicable legal theories.

This demand does not waive any claims, rights, or remedies available to ALKHEMICAL CE LLC.

**Demand for Insurance Coverage Information**

You are hereby notified that, pursuant to applicable federal laws and regulations, you have an affirmative duty to promptly forward this formal demand and notice of claim to all insurers that may provide coverage for the claims asserted herein. Within twenty-four (24) hours of receipt of this correspondence, you must transmit a complete copy of this demand correspondence and all supporting documentation to your primary, excess, and umbrella carrier(s) and your insurance broker, if any. This obligation extends to all potentially applicable insurance policies, regardless of whether you believe coverage exists and/or whether a reservation of rights has been issued by any insurer(s).

Pursuant to the applicable federal laws and regulations, this correspondence also serves as a formal demand for all applicable insurance coverage information related to the transaction described herein. Within fifteen (15) days of receipt of this correspondence, please provide complete and accurate information regarding all insurance policies, including primary, excess, and umbrella coverage, that may provide coverage for the claims asserted.

Your response must be in writing and must include copies of all relevant insurance policies, declarations pages, and any correspondence between you and your insurer(s) regarding this matter. If you contend that no insurance coverage exists for the claims asserted, you must provide a written affidavit explaining the basis for that position.

Please direct all responses and communications to the undersigned.

ROQUEMORE SKIERSKI PLLC

Jennifer L. Culver
Associate Attorney
Roquemore Skierski PLLC
13155 Noel Rd., Suite 900
Dallas, TX 75240
972.325.6591 Ext. 106/T
972.918.3690/F
Jennifer@RoqSki.com

Sincerely,

*Jennifer L. Culver*

JENNIFER L. CULVER
Counsel for Alkhemical CE LLC

cc: ***Via First Class Mail International***
Sin Jyu Enterprise Co., Ltd.
No. 128
Dongqiao 3rd Rd., Yongkang Dist.
Tainan City
TAIWAN

JLC:gh
Enclosure: Exhibit "A" – Purchase Invoice number 1053

**EXHIBIT A**

# INVOICE

**QUICK 3PL LLC**
4300 Superior Avenue
Cleveland, OH 44103

ovi@quick3pl.com
+1 (216) 533-2353
www.quick3pl.com

QUICK 3PL
It's A Box Movement

**Bill to**
Alkhemical Inc
Texas, USA

**Ship to**
Alkhemical Inc
Texas, USA

**Shipping info**
Ship via: Container-MaritimeRoute

**Invoice details**
Invoice no.: 1053
Terms: Due on receipt
Invoice date: 08/19/2024
Due date: 08/31/2024

| # | Date | Product or service | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|---|
| 1. | | **Ribbon Mixer Custom** | Ribbon blender, single, bottom discharge, SUS316, Ribbon agitator set SUS316, Sidewall non contact SS41 (18mm) Contact SUS316 (6mm thickness) - 14000 liters , 494 Cubic feet capacity with an internal capacity of 355-365 cubic feet . Estimated manufacturing time 65 days.<br>Scraper set -Teflon-1set<br>Dust Proof Seal-1 Set<br>Discharge Pneumatic-bottom- center-D200<br>Top lid cover with safety lock. SUS316<br>Dust top exhaust outlets x 2 sets<br>Water Line-2-sets<br>12 months warranty | 1 | $131,000.00 | $131,000.00 |
| 2. | | **Screw conveyer SC2000** | #3Rd U-Shape SC-#3HP SUS304<br><br>Driving motor reducer 3HP- Set<br><br>+VFD Speed inverter-1set<br><br>+1 Screw Agitator D6"x3000mm-(L)<br><br>+Open-close-cover-latch-easy cleaning access<br>+<br>Stand-set on castor wheels -1set<br>12 months warranty | 1 | $12,800.00 | $12,800.00 |
| 3. | | **Screw Conveyer SS316** | #2nd screw Conveyor with a :Driving motor reducer-2HP- 1set | 1 | $14,800.00 | $14,800.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | VFD speed inverter-1 set<br><br>Screw agitator-D6"x3000mm(<br>Lenght)-1set<br><br>+Open-Close top cover for easy<br>cleaning access.SUS316<br>+Bottom access panel access- for<br>easy cleaning.SUS316<br><br>+Additional it has a Perforated &<br>Replaceable screen Set-1500-mm-<br>2000mm, 1.5mm-3mm. Set<br>+ an additional Drainage ball valve-<br><br>1 Stand -Set on Caster wheels<br>*To Transfer wet mix from ribbon mixer<br>to CP press- SUSS316<br>12 months warranty | | | |
| 4. | **Ventilation system** | #1Step-Hopper-dumping station + with<br>#1st U shape screw conveyor SUS316.<br>+ Ventilation system above the system.<br>Blower with bag filter-1set<br>Air pulse tank-1 set<br>Motor reducer 3HP- 1 set<br>Agigator-D6"-4500mm-lenght<br>Open-Close cover with safety screen<br>SUS316<br>12 months warranty | 1 | $18,800.00 | $18,800.00 |
| 5. | **Control Box for mixer SS41** | Main Control Box :<br>Stand Alone control box with housing ,<br>3 phase x220V, 60Hz<br>1-On-Off-Switch -for Blender +Screw<br>conveyor+for the discharge valve.<br>Digital Volmeter-1 set<br>Digital Ammeter-for blender and screw<br>conveyor-2 sets<br>Emergency stop buttons-2 sets<br>+VFD -1set for the screw conveyor<br>1 Central Display board-1 set<br>12 months warranty | 1 | $17,000.00 | $17,000.00 |
| 6. | **Freight on Board** | Freight on board - Includes loading and<br>delivery to port in Taiwan. | 1 | $3,000.00 | $3,000.00 |
| 7. | **Centrifuge** | CENTRIFUGAL PUMP (SUS304#)<br>*MOTOR x 3HP<br>*PUMP BASE SEAT x 1<br>*MOVING CASTOR SET x 1 | 2 | $2,000.00 | $4,000.00 |
| 8. | **Shipping from Taiwan to Oklahoma** | Maritime routes door to door | 1 | $23,000.00 | $23,000.00 |

## Ways to pay

Pay VISA DISCOVER AMEX BANK PayPal venmo

| | |
|---|---|
| **Total** | **$224,400.00** |
| Payment | -$100,000.00 |
| **Balance due** | **$124,400.00** |

View and pay

**Overdue**

08/31/2024